```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CENTURY ROOF AND SOLAR INC., etc., <br><br> Defendant. | NO.  C 11 0912 LB <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

    IT IS ORDERED that the Case Management Conference in this case set for September 29, 2011 be continued to December 29, 2011 at 10:30 a.m., Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, CA 94612. The Joint Case Management Conference Statement due by December 29, 2011.

Dated: September 15, 2011_             _____
                                               Magistrate Judge Laurel Beeler

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE