```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CENTURY ROOF AND SOLAR INC., etc.,<br><br>            Defendant. | NO.  C 11 0912 LB<br>AMENDED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for September 29, 2011 be continued to ~~December 29, 2011~~ January 5, 2012 at 10:30 a.m., Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, CA 94612. A Joint Case Management Conference Statement due by December 29, 2011.

Dated: September 20, 2011        _____
                                  Magistrate Judge Laurel Beeler

AMENDED
ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE