UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND,<br><br>    Plaintiffs,<br>v.<br>CENTURY ROOF AND SOLAR INC,<br>    Defendant.<br>_____/ | No. C 11-00912 LB<br><br>**ORDER INVITING PLAINTIFFS TO APPEAR BY TELEPHONE** |

This case is on this court's calendar on 5/2/2012 at 11 a.m. on Plaintiffs' motion for default judgment. Defendant has not appeared. The court keeps the matter on calendar only in an abundance of caution but invites Plaintiffs' counsel to appear by telephone to minimize costs and any disruption to counsel's schedule. Counsel will contact the courtroom deputy, Lashanda Scott at (415) 522-3140 and provide her with the dial-in-phone number. The court will initiate the call.

**IT IS SO ORDERED.**

Dated: April 30, 2012

                                                _____
                                                LAUREL BEELER
                                                United States Magistrate Judge