```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA 94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>            Plaintiffs,<br><br>  vs.<br><br>CENTURY ROOF AND SOLAR, etc.,<br><br>            Defendant. | NO. C 11 0912 CW<br><br>ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM |

IT IS HEREBY ORDERED that plaintiffs' Exparte Application for Reference to Magistrate Judge for Judgment Debtor Exam is granted. This matter is referred to Magistrate Judge for Hearing. Counsel will be advised of the date, time and place of such proceedings by notice from the assigned Magistrate Judge, upon filing of its application and order for appearance and examination of judgment debtor.

Dated: 10/17/2012

_____
Honorable Claudia Wilken

ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM