```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH, et al., ) ) ) Plaintiffs, ) ) vs. ) ) CENTURY ROOF AND SOLAR, etc., ) ) Defendant. ) | NO.  C 11 0912 CW (LB) ~~(PROPOSED)~~ ORDER OF EXAMINATION |

To:  Tony Diaz, Custodian of Records of
             Corporate Judgment Debtor
     Century Roof and Solar Inc.
     23135 Saklan Road
     Hayward, CA 94545

You the above named custodian of records of judgment debtor ARE HEREBY ORDERED to appear personally on Wednesday, December 19, 2012 at 9:30 a.m. at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San Francisco, CA before the Magistrate Laurel Beeler then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

ORDER OF EXAMINATION                     1

1    2. Title documents to all equipment and vehicles of debtor;

2    3. All lists and schedules of rented, leased and owned
3 equipment of debtor;

4    4. Copies of all real property and personal property leases
5 wherein debtor is a party;

6    5. Copies of all tax bills, deeds, contracts, deeds of
7 trust or deposit receipts relating to all real and personal property
8 in which any interest is held;

9    6. Annual Financial Statements and all monthly financial
10 statements for 2012;

11    7. Federal tax returns for the last year reported;

12    8. All bank statements, deposit slips and canceled checks
13 for all accounts for June 2012 to the present;

14    9. The last tax return filed with the Franchise Tax Board;

15    10. Copies of all purchase orders, change orders accepted
16 bids, and contracts which relate in any way to work performed by
17 debtor during the period from January 1, 2012 to date;

18    11. All accounts receivable lists generated by the Company
19 in 2012;

20    12. Cash Disbursement Journals for 2012;

21    13. All documents related to any loans to debtor or by
22 debtor by any present or former shareholders, officers or employees
23 of debtor;

24    14. All documents related to any completed, pending or
25 failed sale of substantially all corporate assets during the last
26 three years.

27    15. All personal guarantees made by any officer, agent or
28 shareholder for the benefit of debtor.

ORDER OF EXAMINATION                2

1     NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: November 5, 2012

_____
Magistrate Judge Laurel Beeler

ORDER OF EXAMINATION                          3