```
 1  EILEEN MARIE BISSEN (St.Bar #245821)
    RICHARD K. GROSBOLL (St. Bar #99729)
 2  NEYHART ANDERSON FLYNN GROSBOLL
    369 Pine Street, Suite 800
 3  San Francisco, CA  94104
    Tel: (415) 677-9440
 4  Fax: (415) 677-9445
    Email:    ebissen@neyhartlaw.com
 5            rgrosboll@neyhartlaw.com

 6  Attorneys for Plaintiffs

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE BAY AREA  )  NO. C 11 0912 CW (LB)
    ROOFERS, et al.,                   )
12                                     )  SUBSTITUTION OF
                    Plaintiffs,        )  ATTORNEYS
13                                     )
              vs.                      )
14                                     )
    CENTURY ROOF AND SOLAR, etc.,      )
15                                     )
                    Defendant.         )
16  _____)

17       TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18  take notice that Plaintiffs, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS

19  HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST

20  BAY/ NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING

21  INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY

22  APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE, hereby make the

23  following substitution of attorneys:

24  Former Attorneys:
    ERSKINE & TULLEY
25  A PROFESSIONAL CORPORATION
    MICHAEL J. CARROLL (St. Bar #50246)
26  3030 Bridgeway, Suite 231
    Sausalito, CA 94965
27

28  should be removed and, consequently, should no longer receive
```

SUBSTITUTION OF ATTORNEY                                           1

```
 1  notice of e-Filings.
 2  Plaintiffs' new co-counsel of record will be:
 3  EILEEN MARIE BISSEN (St.Bar #245821)
    RICHARD K. GROSBOLL (St. Bar #99729)
 4  NEYHART ANDERSON FLYNN GROSBOLL
    369 Pine Street, Suite 800
 5  San Francisco, CA  94104
    Tel: (415) 677-9440
 6  Fax: (415) 677-9445
    Email:   ebissen@neyhartlaw.com
 7           rgrosboll@neyhartlaw.com
 8  The following attorneys consent to this substitution:
 9  Dated:   4/3   , 2013        ERSKINE & TULLEY
                                 A PROFESSIONAL CORPORATION
10
11                               _____
                                 MICHAEL J. CARROLL
12                               Former Attorneys for Plaintiffs
                                 Boards of Trustees, et al.
13
    Dated:  4/10   , 2013        NEYHART ANDERSON FLYNN GROSBOLL
14
15                               _____
                                 EILEEN MARIE BISSEN
16                               New Attorneys for Plaintiffs
                                 Board of Trustees, et al.
17
18  The Plaintiffs Board of Trustees of the Bay Area Roofers, et al.
19  hereby consent to the above substitution.
20  Dated:  4/3   , 2013          BOARD OF TRUSTEES OF THE BAY AREA
                                  ROOFERS, et al.
21
22                                _____
                                  Doug Ziegler, Trustee
23
24  IT IS SO ORDERED.
25  Dated:    April 12 , 2013     _____
                                  Judge
26                                United States District Court
27
28

    SUBSTITUTION OF ATTORNEY                               2
```