EILEEN MARIE BISSEN (St.Bar #245821)
RICHARD K. GROSBOLL (St. Bar #99729)
NEYHART ANDERSON FLYNN GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel: (415) 677-9440
Fax: (415) 677-9445
Email:    ebissen@neyhartlaw.com
          rgrosboll@neyhartlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br>　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>CENTURY ROOF AND SOLAR, etc., <br><br>　　　　　　　Defendant. | NO. C 11 0912 CW (LB) <br><br> SUBSTITUTION OF ATTORNEYS |

　　TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/ NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE, hereby make the following substitution of attorneys:

Former Attorneys:
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965

should be removed and, consequently, should no longer receive

SUBSTITUTION OF ATTORNEY　　　　　　　　　　　　　　　　　　1

notice of e-Filings.

Plaintiffs' new co-counsel of record will be:

EILEEN MARIE BISSEN (St.Bar #245821)
RICHARD K. GROSBOLL (St. Bar #99729)
NEYHART ANDERSON FLYNN GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel: (415) 677-9440
Fax: (415) 677-9445
Email:   ebissen@neyhartlaw.com
         rgrosboll@neyhartlaw.com

The following attorneys consent to this substitution:

Dated: 4/3, 2013           ERSKINE & TULLEY
                           A PROFESSIONAL CORPORATION

                           _____
                           MICHAEL J. CARROLL
                           Former Attorneys for Plaintiffs
                           Boards of Trustees, et al.

Dated: 4/10, 2013          NEYHART ANDERSON FLYNN GROSBOLL

                           _____
                           EILEEN MARIE BISSEN
                           New Attorneys for Plaintiffs
                           Board of Trustees, et al.

The Plaintiffs Board of Trustees of the Bay Area Roofers, et al. hereby consent to the above substitution.

Dated: 4/3, 2013           BOARD OF TRUSTEES OF THE BAY AREA
                           ROOFERS, et al.

                           _____
                           Doug Ziegler, Trustee

IT IS SO ORDERED.

Dated:     April 12, 2013  _____
                           Judge
                           United States District Court

SUBSTITUTION OF ATTORNEY                                    2